IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARQUIS RASHAD THOMPSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:21-CV-685-WHA-CSC |
| | ) | |
| DONALD VALENZA, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on May 2, 2022. Doc. 17. The Magistrate Judge recommended that this case be dismissed without prejudice based on Plaintiff's failure to file a response to Defendant's Special Report and Answer and to provide the Court with his current address. *Id.* Plaintiff's objections were due by May 16, 2022. *Id.* at 3. Plaintiff has not filed objections to the Recommendation. Accordingly, there being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

Final Judgment will be entered separately.

Done, this 24th day of May 2022.

   /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE

1